```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 11-14586-sr
Michelle P Ruben                                                    Chapter 13
             Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett         Page 1 of 2         Date Rcvd: Aug 03, 2016
                              Form ID: pdf900         Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db            +Michelle P Ruben,    566 Bellevue Ave,    Langhorne, PA 19047-5252
cr             Emergency Care Service of Pa,    P O Box 1109,    Minneapolis, MN 55440-1109
cr            +JPMorgan Chase Bank, N.A.,    Chase Auto Finance,    201 N Central Ave, Fl 11,
               Phoenix, AZ 85004-1071
12454348      +Acscunymc,   Fiscal Office 199 Chambers St Rm S737,    New York, NY 10007-1044
12454349      +Akron Billing Center,    2620 Ridgewood Road,    Akron, OH 44313-3507
12454350      +Assoc Credit Services,    115 Flanders Rd Ste 140,    Westborough, MA 01581-1087
12454351      +Associate Credit Services, Inc.,    105B South St.,    PO Box 9100,   Hopkinton, MA 01748-2206
12454352      +Bucks County Physician Associates PC,    66 West Gilbert Street,    Tinton Falls, NJ 07701-4947
12454353     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85015,    Richmond, VA 23285)
12454354       Cbusasears,   133200 Smith Rd,    Cleveland, OH 44130
12454355      +Chase,   201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
12473626       EMERG CARE SERV OF PA,P.C.,    P O Box 1109,    Minneapolis, MN 55440-1109
12454356      +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
12468122      +JPMorgan Chase Bank, N.A.,    Chase Auto Finance,    201 N Central Ave,   Phoenix, AZ 85004-1071
12454357      +Langhore Pathology Assocites,    PO Box 892,    Concordville, PA 19331-0892
12454358      +Lower Bucks Radiology,    PO Box 200,   Media, PA 19063-0200
12454360      +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
12454361      +National Recovery Agency,    po box 67015,    Harrisburg, PA 17106-7015
12454364      +Revenue Recovery Corp,    612 Gay St,   Knoxville, TN 37902-1603
12837436      +The Law Offices of Georgette Miller & Assoc.,     335 Evesham Ave,   Lawnside, NJ 08045-1661
12454365      +United Consumer Financ,    12 W Grove St,    Middleboro, MA 02346-1804
12454366      +Us Dept Of Education,    Po Box 5609,   Greenville, TX 75403-5609
12454367      +VLV Professionals Inc,    PO Box 1982,   Salem, NH 03079-1119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 04 2016 01:56:10     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2016 01:55:41
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2016 01:55:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
12466179      +E-mail/PDF: recoverybankruptcy@afninet.com Aug 04 2016 01:44:44     Afni, Inc.,   PO Box 3667,
               Bloomington, IL 61702-3667
12454359      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2016 01:43:59     Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
12608363      +E-mail/Text: blegal@phfa.org Aug 04 2016 01:55:45     PHFA,   211 North Front Street,
               Harrisburg, PA 17101-1466,    Attn: ALSV/Anne
12454362      +E-mail/Text: blegal@phfa.org Aug 04 2016 01:55:46     Pa Housing Finance Age,   211 N Front St,
               Harrisburg, PA 17101-1406
12454363      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2016 01:43:56
               Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Aug 03, 2016
                              Form ID: pdf900              Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:

```
          ANN E. SWARTZ    on behalf of Creditor    U.S.  Bank National Association as Trustee for PA Housing
           Finance Agency ecfmail@mwc-law.com,    ecfmail@mwc-law.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          GEORGETTE   MILLER    on behalf of Debtor Michelle P Ruben info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S.  Bank National Association as Trustee for PA
           Housing Finance Agency bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com
          LEON P. HALLER    on behalf of Creditor    U.S.  Bank National Association as Trustee for PA
           Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A.
           mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

MICHELLE P RUBEN
                                                  : Bankruptcy No. 11-14586SR
         Debtor(s)                                : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                        BY THE COURT

**Date: August 3, 2016**
                                                        ____
                                                        Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

GEORGETTE MILLER ESQ
GEORGETTE MILLER & ASSOCIATES
335 EVESHAM AVENUE
LAWNSIDE NJ 08045-

MICHELLE P RUBEN
566 BELLEVUE AVE
LANGHORNE,PA.19047