**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michelle P Ruben  | CHAPTER 13
Debtor(s) |
 | BKY. NO. 11-14586 SR

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of U.S. Bank National Association as Trustee for PA Housing Finance Agency, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9683

Respectfully submitted,

**/s/Thomas Puleo, Esquire**
Thomas Puleo, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406